√# 781588    # 129547

FILED
11 JUN -1 AM 11: 53
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                    *        CASE #08-34007 S
                                   CHAPTER 13
                          *
Hoffman, John J & Sharon R
Debtor                    *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Trustee received several returned disbursements from the United States Postal Service marked "unable to deliver – no forwarding on file".

2. The balance of funds for the creditor in the amount of **$ 124.67** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

3. Ninety days have passed since final distribution was made in this case. The name(s) of the person(s) and address to whom such non-negotiated checks were issued, the amounts of such check(s) and the check number(s) are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 767190 | Midwest Cardiovascular Consult/Pymt Processing P O Box 742518 Cincinnati, OH 45274-2518 | 124.67 | 3/31/11 |

2. Your trustee's check #781588 for a total of $124.67 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 5/31/11

John P. Gustafson
Trustee in Bankruptcy